AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Count I: Title 21 U.S.C., Section 846 - Conspiracy to distribute 5 grams or more of crack cocaine
Count II: Title 21 U.S.C., Section 841(a) - Distribution of cocaine base
Count III: Title 21 U.S.C., Section 843(b) - Use of a Communication Facility

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count I max 40 yrs prison and min 5 yrs prison, $2,000,000 fine, SVR min 3 yrs
Count II max 20 yrs prison, 1,000,000 fine, SVR min 3 yrs
Count III same penalties as Counts I and II

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S.**
▶ ALKALANI PICKETTAY

DISTRICT COURT NUMBER
CR 11 0220 WHA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ATF Special Agent Robert Tucker

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Asst U.S. Atty Kathryn R. Haun

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes   If "Yes"
been filed?   ☐ No    give date filed _____

DATE OF ARREST ▶  Month/Day/Year  3/18/11

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: 0

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

E-filing

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
2011 APR -7 P 3: 13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 11 0220

UNITED STATES OF AMERICA,

V.

WHA

ALKALANI PICKETTAY,

DEFENDANT(S).

## INDICTMENT

VIOLATIONS: Title 21, United States Code, Section 846 – Conspiracy To Distribute Crack Cocaine (One Count); Title 21, United States Code, Section 841(a)(1) – Distribution of Crack Cocaine (One Count); 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking (One Count)

A true bill.

_____
Foreman

Filed in open court this ___7___ day of
__April, 2011__.

_____
Brenda Tolbert
Clerk

Bail, $ _NO BAIL ARREST WARRANT_

_____
JAMES LARSON
U.S. MAGISTRATE JUDGE

MELINDA HAAG (CABN 132612)
United States Attorney

E-filing

FILED
2011 APR -7 P 3: 13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 11 0220 WHA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATIONS: Title 21, United States Code, Section 846 – Conspiracy To Distribute Crack Cocaine (One Count); Title 21, United States Code, Section 841(a)(1) – Distribution of Crack Cocaine (One Count); 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking (One Count) |
| v. | |
| ALKALANI PICKETTAY, | |
| Defendant. | |

SAN FRANCISCO VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. § 846) (Conspiracy to Distribute 5 Grams or More of Crack Cocaine)

On or about January 15, 2010, in the Northern District of California, the defendant

ALKALANI PICKETTAY,

did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with another individual, to wit, DARYL ROBINSON, to unlawfully, knowingly and intentionally distribute five (5) grams or more of a mixture and substance containing a detectable amount of



1  cocaine base in the form of crack, a Schedule II controlled substance, in violation of Title 21,
2  United States Code, Section 846.

3  COUNT TWO: (21 U.S.C. § 841(a)(1), (b)(1)(C)) (Distribution of Crack Cocaine)
4
5  On or about December 2, 2009, in the Northern District of California, the defendant

ALKALANI PICKETTAY,

6  did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture
7  and substance containing a detectable amount of cocaine base in the form of crack, in violation of
8  Title 21, United States Code, Section 841(a)(1), (b)(1)(C).
9

10
11 COUNT THREE: 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking

12  On or about January 15, 2010, in the Northern District of California, the defendant,
13  ALKALANI PICKETTAY,
14  did knowingly and intentionally use a communications facility, namely a cellular telephone, in
15  committing, and in causing and facilitating the commission of, an act constituting a felony, to
16  wit, a violation of Title 21, United States Code, Section 846, in violation of Title 21, United
17  States Code, Section 843(b).

18
19  DATED: April 7, 2011                          A TRUE BILL.
20
21                                                FOREPERSON
22  MELINDA HAAG
    United States Attorney
23
24
    ROBERT D. REES
25  Deputy Chief, Organized Crime Strike Force
26
27  (Approved as to form:)
    KATHRYN R. HAUN
28  Assistant U.S. Attorney

2