1  JEFFREY L. BORNSTEIN – 099358
   ROSEN BIEN GALVAN & GRUNFELD LLP
2  50 Fremont Street, 19th Floor
   San Francisco, California 94105-2235
3  Telephone:   (415) 433-6830
   Facsimile:   (415) 433-7104
4  Email:       jbornstein@rbgg.com

5  Attorneys for Defendant ALKALANI
   PICKETTAY

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:11-CR-00220-WHA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| ALKALANI PICKETTAY, | Judge: Hon. William H. Alsup |
| Defendant. | Date:  April 19, 2016<br>Time:  2:30 p.m. |

[2986739-2]

1    Defendant ALKALANI PICKETTAY, by and through his counsel of record, and
2  Assistant United States Attorney Kimberly Hopkins, on behalf of Assistant United States
3  Attorney Kathryn R. Haun, hereby requests that the Status Conference before the
4  Honorable William H. Alsup currently set for April 19, 2016, at 2:30 p.m., be continued to
5  May 3, 2016, at 2:30 p.m., or as soon thereafter as it is convenient to the court.
6    The parties request this continuance because Mr. Pickettay notified counsel that he
7  has food poisoning and is trying to see his doctor today and does not believe he will be
8  well enough to attend court tomorrow.  The parties have conferred and hereby to stipulate
9  to continue the Status Conference to May 3, 2016, at 2:30 p.m.
10    Probation Officer J.D. Woods is agreeable to the continuance and requested a date
11  in May convenient to the Court.
12    Based on the foregoing, for good cause shown, the parties request a continuance of
13  the Status Conference to May 3, 2016, at 2:30 p.m.
14    IT IS SO STIPULATED.

DATED: April 18, 2016          Respectfully submitted,

                               ROSEN BIEN GALVAN & GRUNFELD LLP

                               By:  */s/ Jeffrey L. Bornstein*
                                    Jeffrey L. Bornstein

                               Attorneys for Defendant ALKALANI
                               PICKETTAY

DATED: April 18, 2016          Respectfully submitted,

                               UNITED STATES ATTORNEYS OFFICE

                               By:  */s/ Kimberly Hopkins for Kathryn R. Haun*
                                    Kathryn R. Haun
                                    Assistant United States Attorney
                               Attorneys for Plaintiff UNITED STATES

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION AND PROPOSED ORDER WAIVING DEFENDANT BENJAMIN WILLIAM'S PRESENCE AT JULY 22, 2015 STATUS HEARING** has been received from Assistant United States Attorney Kimberly Hopkins on behalf of signatory Kathryn R. Haun, in compliance with Civil L.R. 5-1(i)(3).

DATED: April 18, 2016

By: */s/ Jeffrey L. Bornstein*
Jeffrey L. Bornstein

**[PROPOSED] ORDER**

IT IS ORDERED that the currently scheduled Status Conference set for April 19, 2016, at 2:30 p.m., be continued to May 3, 2016, at 2:00 ~~2:30~~ p.m.

IT IS SO ORDERED.

Dated: April 18, 2016     By: _[signature]_
Honorable William H. Alsup
United States District Court Judge

[2986739-2]

2                           3:11-CR-00220-WHA
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE